# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **In the Matter of the Search of** <br><br> A SINGLE FAMILY HOME WITH YELLOW SIDING LOCATED AT 4627 GLACIER HEIGHTS ROAD AND A 2010 DODGE RAM PICKUP TRUCK, BLACK IN COLOR, MONTANA LICENSE PLATE GOT DEZ, VEHICLE IDENTIFICATION NUMBER 3D7UT2HL3AG154935, REGISTERED TO WAYLON LEE MITTENS LOCATED AT THE SAME RESIDENCE IN BROWNING, MONTANA, ON THE BLACKFEET INDIAN RESERVATION. | **MJ 20-42-GF-JTJ** <br><br> **ORDER** |

Based on motion of the United States and good cause appearing,

IT IS HEREBY ORDERED that this case and all pleadings in it, including the Application and Affidavit for Search Warrant and Search Warrants filed herein, are SEALED.

IT IS FURTHER ORDERED that this case is unsealed for the limited purposes of providing copies of documents in discovery, upon initial appearance on an Indictment by any defendant related to this search warrant and

//

service/receipt of request for discovery by defense counsel, pursuant to Fed. R. Crim. P. 16.

DATED this 2nd day of June, 2020.

John Johnston
United States Magistrate Judge